UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 17-57071 |
| | Chapter 13 |
| Terry John Luft, | |
| Sharon Lyn Luft, | Judge Mina Nami Khorrami |
| Debtor(s). | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Faye D. English files this Notice of Final Cure Payment indicating the amount required to cure the default on the claim listed below has been paid in full.

**Name of Creditor:** U.S. Bank Trust National Association as Trustee of Cabana Series III Trust
**Last 4 Digits of Account Number:** 2823
**Real Property Located at:** 13540 Middlefork Road Lot 24 N/K/A 19228 Deerberry Lane, Rockbridge OH

| Final Cure Amount(s) |
|---|
| Court Claim No. 3-1 |
| Amount of Allowed Pre-Petition Arrearage: $27,661.94 |
| Amount Paid by the Trustee: $27,661.94 |
| Court Claim No. |
| Amount of Allowed Post-Petition Arrearage: |
| Amount Paid by the Trustee: |

| Monthly Ongoing Mortgage Payment |
|---|
| ☐ Mortgage was paid directly by Debtor(s) |
| ☐ Mortgage was initially paid directly by Debtor(s) then paid through the Trustee as a conduit.<br>    Amount Paid by the Trustee: **N/A** |
| ☒ Mortgage was paid through the Trustee as a conduit.<br>    Amount Paid by the Trustee: **$31,232.35 (December 2017 through and including August 2022)** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), within 21 days of the service of the Notice of Final Cure Payment, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement indicating (1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and (2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5). The statement shall itemize the required cure or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the creditor's proof of claim and is not subject to Rule 3001(f). If the creditor fails to provide any information required under Rule 3002.1(g), the court may, after notice and a hearing, impose sanctions under Rule 3002.1(i).

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **first class mail** on August 1, 2022 addressed to:

Terry John Luft
Sharon Lyn Luft
19228 Deerberry Lane
Rockbridge, OH 43149

U.S. Bank Trust National Association, as Trustee
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

                                                      /s/ Faye D. English
                                                      Faye D. English (0075557), Chapter 13 Trustee